25cr 330 JNE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 2252(a)(1) |
| v. | |
| TIMOTHY RYAN GREGG, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count 1
(Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

1. On or about April 21, 2025, in the State and District of Minnesota, the defendant,

**TIMOTHY RYAN GREGG,**

did knowingly transport, using a means or facility of interstate commerce, or in or affecting interstate commerce, by any means including by computer or cell phone, a visual depiction of a minor engaging in sexually explicit conduct

All in violation of Title 18, United States Code, Section 2252(a)(1).

### FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Information, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a):

SCANNED
AUG 29 2025
U.S. DISTRICT COURT MPLS

United States v. Gregg

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

Dated: August 29, 2025

JOSEPH H. THOMPSON
Acting United States Attorney

/s/ *Harry M. Jacobs*
HARRY M. JACOBS
Assistant U.S. Attorneys