**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 25-CR-330 (JNE)**

_____

United States of America,

        Plaintiff,

                                                **MOTION FOR**
                                                  **VARIANCE**

v.

Timothy Ryan Gregg,

        Defendant.

_____


Timothy Gregg, by and through his counsel, respectfully moves the Court for a variance below the advisory Sentencing Guidelines range attributable to him as set forth in the Pre-Sentence Report.

                                      Respectfully submitted,

                                      **PACYGA TRIAL LAWYERS**

Dated: May 7, 2026               /s/Ryan Pacyga
                                    Ryan M. Pacyga (#321576)
                                    860 Blue Gentian Rd, Ste. 175
                                    Saint Paul, MN 55121
                                    612-339-5844 (phone)
                                    *Attorneys for Mr. Gregg*